An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF CHANDAN MANANSINGH, BAR NO. 12033.

No. 65233

**FILED**

APR 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD

Bar counsel for the State Bar of Nevada has petitioned this court, pursuant to SCR 111, to enter an order temporarily suspending attorney Chandan Manansingh from the practice of law and referring him to the appropriate board for discipline. The petition is supported by certified copies of documents indicating that Manansingh entered a plea of guilty in the United States District Court, District of Maryland, to one count of introduction of misbranded drugs into interstate commerce with the intent to defraud or mislead, a felony under 21 U.S.C. §§ 331(a) and 333(a)(2). *See* 18 U.S.C. § 3559. The judgment of conviction was entered on November 26, 2013. Manansingh was sentenced to three years of probation and home detention with location monitoring for a period of four months. Additionally, Manansingh is required to pay a $250,000 fine in $1,000 monthly installments.

Having reviewed the petition and the supporting documentation submitted by bar counsel, we conclude that the petition conclusively establishes Manansingh's conviction of a serious crime warranting temporary suspension. *See* SCR 111(1), (6), and (7).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-13377

Accordingly, we temporarily suspend Manansingh from the practice of law and refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed.[1] *See* SCR 111(8).

It is so ORDERED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:    Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
       David A. Clark, Bar Counsel
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Bailey Kennedy
       Perry Thompson, Admissions Office, United States Supreme Court

---

[1]The suspension in this matter is in addition to Manansingh's existing suspension for failure to remain current with his continuing legal education credit requirements. *See In re Application of the Bd. of Continuing Legal Educ.*, Docket No. 63647 (Order Dismissing Petition as to Certain Respondent Attorneys and Granting Petition as to Certain Respondent Attorneys, April 10, 2014); SCR 212.